# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RONNIE MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>TIM GRAY,<br><br>    Defendant. | Case No. 17-CV-1192-JPS<br><br>**ORDER** |

   The Court stayed this matter on February 5, 2018, pending the resolution of state criminal proceedings against Plaintiff. (Docket #18). Defendant has filed multiple status reports with the Court indicating that the proceedings have not yet concluded. *See, e.g.*, (Docket #27). On July 2, 2018, Plaintiff filed a motion to amend his complaint. (Docket #22). The motion will be denied for two reasons. First, the Court's stay has not yet been lifted, and so it is not yet appropriate to seek amendment of the complaint or take any other action in this case. Second, the motion is not properly presented. The motion requests that the Court add the Drug Enforcement Administration as a defendant in this matter. *Id.* However, complaints may not be amended in such a piecemeal fashion. Instead, to amend his complaint, Plaintiff would be required to file a motion for leave to amend which attaches an amended complaint. The amended complaint entirely supersedes and replaces the original complaint, and so the amended complaint must be complete in and of itself. *See Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1056–57 (7th Cir. 1998).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to amend his complaint (Docket #22) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 11th day of February, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge