UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RONNIE MARTIN,

                Plaintiff,

v.                                                   Case No. 17-cv-1192-bhl

TIMOTHY P. GRAY, et al.,

                Defendants.

---

## DECISION AND ORDER

---

      Plaintiff Ronnie Martin is representing himself in this action, which has been pending for more than four years. The discovery cutoff is next week, on November 23, 2021, and the dispositive motion deadline is January 7, 2022. On November 12, 2021, Martin filed a motion to stay the case or, in the alternative, for an extension of time. Dkt. No. 142. He explains that he awoke to an anxiety attack while experiencing what he suspects were hallucinations. He asserts that, for his safety, he intends to go to the emergency room to have himself committed. He explains that he is unable to proceed with depositions or any other court proceedings. Martin asks the Court to stay the case until further notice or grant him an extension of time to rehabilitate.

      The Court will grant Martin's motion and will briefly stay the case. Martin must file a written status update as soon as he able to resume litigating. He must file this report no later than December 16, 2021. The Court notes that this case has been pending for many years and given the straightforward nature of Martin's claims, it should have been resolved long ago. Defendants have expressed their eagerness to resolve this case, and the Court is confident that Martin also would benefit from a timely resolution. To that end, the Court encourages the parties to consider

mediation. If both parties are interested in mediation, Defendants should file a joint request, and the Court will refer this action to a magistrate judge for that purpose.

Once Martin is ready to resume litigating, the Court will set a new discovery deadline for the parties to respond to any outstanding, timely served discovery requests and for the completion of depositions. However, because discovery is currently set to close in less than a week, the Court will not allow the parties to serve any additional discovery requests. The Court will also set a new dispositive motion deadline. The Court cautions Martin that, once litigation resumes, further stays or extensions of time are unlikely, absent extraordinary circumstances.

**IT IS THEREFORE ORDERED** that Martin's motion to stay or, in the alternative, motion for extension of time (Dkt. No. 142) is **GRANTED** and this case is **STAYED**.

**IT IS FURTHER ORDERED** that Martin must file a written status update as soon as he is able to resume litigating or by **December 16, 2021**, whichever is sooner. Martin's failure to keep the Court apprised of his ability to litigate may result in this action being dismissed based on Martin's failure to diligently prosecute it.

Dated at Milwaukee, Wisconsin on November 19, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
